**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| **In re:** | : |
| | : |
| **Spooner Joseph Baumann** | : Case No.: 14-18636 |
| | : Chapter 13 |
| Debtor. | : Judge Donald R. Cassling |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Trustee
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Nathan C Volheim
Attorney for Spooner Joseph Baumann
Sulaiman Law Group, LTD
900 Jorie Blvd
Suite 150
Oak Brook, IL 60523
courtinfo@sulaimanlaw.com

**Notified via US Postal Service**

Spooner Joseph Baumann
33 E. Vermont Street
Villa Park, IL  60181

14-032250_SEN

Marisa Baumann
33 E Vermont Street
Villa Park, IL  60181

Spooner Joseph Baumann
Marisa Baumann
33 E Vermont St
Villa Park, IL  60181-2126

Please take notice that on January 9, 2014, at 9:30 AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Donald R. Cassling, Kane County Courthouse, 100 S. Third Street, Room 240, 619, Kane County, IL, 60134 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on 16th day of December, 2014, unless a copy was provided electronically by the Clerk of the Court.

Date  December 16, 2014                           /s/ Shara C. Cornell
                                                  Signature

14-032250_SEN

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Trustee
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Nathan C Volheim
Attorney for Spooner Joseph Baumann
Sulaiman Law Group, LTD
900 Jorie Blvd
Suite 150
Oak Brook, IL 60523
courtinfo@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on December 16, 2014:

Spooner Joseph Baumann
33 E. Vermont Street
Villa Park, IL  60181

Marisa Baumann
33 E Vermont Street
Villa Park, IL  60181

Spooner Joseph Baumann
Marisa Baumann
33 E Vermont St
Villa Park, IL  60181-2126

/s/ Shara C. Cornell
_____

14-032250_SEN

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Spooner Joseph Baumann** | : | Case No.:  14-18636 |
| | : | Chapter 13 |
| **Debtor.** | : | **Judge Donald R. Cassling** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY
# (FIRST MORTGAGE)

Bank of America, N.A. ("Movant"), hereby moves the Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of Spooner Joseph Baumann (the "Debtor(s)") having an address of 33 E Vermont St, Villa Park, IL 60181, (the "Property") and hereby moves the Court, pursuant to 11 U.S.C. § 1301(c) for relief from the co-debtor stay as to Marisa Baumann (the "Co-Debtor").  The Required Statement is attached hereto in accordance with Local Rule 4001-1.  In further support of this Motion, Movant respectfully states:

1.     A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on May 16, 2014.

2.     A Chapter 13 Plan was confirmed on November 7, 2014.

3.     The Debtor(s) has/have executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $248,900.00 (the

"Note"). A copy of the Note is attached hereto as Exhibit A. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) and Co-Debtor under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit B.

5. Bank of America, N.A. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) obtain(s) a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through and agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

6. As of the October 27, 2014, the outstanding amount of the Obligations is: $305,068.52.

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $1,026.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. The Debtor(s) plan calls for the Debtor(s) to surrender the Property.

14-032250_SEN

9. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtor(s) and Co-Debtor :

| Number of Delinquent Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 5 | 06/01/2014 | 10/01/2014 | $2,205.67 | $11,028.35 |

**Total: $11,028.35**

10. The estimated market value of the Property is $215,000.00. The basis for such valuation is the Debtor(s) Schedule A.

11. The subject Mortgage is co-signed by Marisa Baumann and that to the extent that the Co-Debtor stay of 11 U.S.C. § 1301 applies to real estate loans, it applies to Marisa Baumann and grounds exist for relief therefrom under 11 U.S.C. § 1301(c)(1) as the Co-Debtor received an ownership interest in the Property and under 11 U.S.C. § 1301(c)(3) if the automatic stay is modified therein.

12. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $305,068.52.

13. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

(b) Debtor(s) and Co-Debtor have no equity in the Property and the Property is not needed by the Debtor(s) for its reorganization. Movant believes that the Property has a value of $215,000.00 based on the Debtor(s) Schedule A, which is attached hereto as Exhibit C. The balance on Movant's first mortgage exceeds the value of the Property. Based upon the lack of equity in the Property, Movant asserts that

14-032250_SEN

  the Property is burdensome and/or of inconsequential value and benefit to the estate.

(c) Post-confirmation payments required by the confirmed plan have not been made to Movant.

(d) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay and co-debtor allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

3. For such other relief as the Court deems proper.

Dated: 12/16/14          Respectfully submitted,

                 /s/ Shara C. Cornell
                Shara C. Cornell (02118-2011)
                Sarah E. Willms (28840-64)
                Stacey A. O'Stafy (0070386)
                Keith Levy (6279243)
                Manley Deas Kochalski LLC
                P.O. Box 165028
                Columbus OH  43216-5028
                614-220-5611; Fax: 614-627-8181
                Attorneys for Creditor
                The case attorney for this file is Shara C. Cornell.
                Contact email is sccornell@manleydeas.com

14-032250_SEN

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Trustee
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Nathan C Volheim
Attorney for Spooner Joseph Baumann
Sulaiman Law Group, LTD
900 Jorie Blvd
Suite 150
Oak Brook, IL 60523
courtinfo@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd, Grandview Heights, OH 43212, on December 16, 2014:

Spooner Joseph Baumann
33 E. Vermont Street
Villa Park, IL 60181

Marisa Baumann
33 E Vermont Street
Villa Park, IL 60181

Spooner Joseph Baumann
Marisa Baumann
33 E Vermont St
Villa Park, IL 60181-2126

/s/ Shara C. Cornell

14-032250_SEN