B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–18636**
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Spooner Joseph Baumann
   33 E. Vermont Street
   Villa Park, IL 60181

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9907

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

     If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

                                                  FOR THE COURT

Dated: <u>July 22, 2015</u>                        <u>Jeffrey P. Allsteadt, Clerk</u>
                                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 14-18636-DRC
Spooner Joseph Baumann                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann            Page 1 of 2              Date Rcvd: Jul 22, 2015
                              Form ID: b18w             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2015.
```
db            +Spooner Joseph Baumann,    33 E. Vermont Street,     Villa Park, IL 60181-2126
22675216       Bank of America, N.A.,    c/o Manley Deas Kochalski LLC,     P.O. Box 165028,
                 Columbus, OH 43216-5028
22302103      +Bank of America, N.A.,    Bankruptcy Department,     Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
21945491       Equifax Information Services, LLC,     1550 Peachtree Street NW,    Atlanta, GA 30309
21945492      +Ernest Baumann,    2111 S. 3rd Avenue,    Maywood, IL 60153-3319
21945493      +Experian Information Solutions, Inc.,     475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22130975      +FREEDOM MORTGAGE CORPORATION,    LoanCare, LLC,     3637 Sentara Way,
                 Virginia Beach, Virginia 23452-4262
21945494      +Freedom Mortgage Corporation,    907 Pleasant Valley Avenue,     Suite 3,
                 Mount Laurel, NJ 08054-1287
21945496      +Johnson Blumberg & Associates, LLC,     230 W. Monroe Sreet, Suite 1125,    Chicago, IL 60606-4723
21945498      +Loancare Servicing Center,    3637 Sentara Way,     Virginia Beach, VA 23452-4262
21945497       Loancare Servicing Center,    Interstate Corporation Center Building,     Norfolk, VA 23502
21945499      +Trans Union LLC,    1561 E. Orangethorpe Avenue,     Fullerton, CA 92831-5210
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21945488      +EDI: BANKAMER2.COM Jul 23 2015 00:48:00      Bank of America, N.A. *,    401 N. Tryon Street,
                 NC1-021-02-20,    Charlotte, NC 28255-0001
21945489      +EDI: AIS.COM Jul 23 2015 00:49:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
21945490      +EDI: CAPITALONE.COM Jul 23 2015 00:49:00      Capital One, N.A.*,     1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
21945495      +EDI: RMSC.COM Jul 23 2015 00:49:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
                 Fifth Floor,    Stamford, CT 06905-5125
22392454       EDI: PRA.COM Jul 23 2015 00:48:00      Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE BANK (USA) N.A,     (CAPITAL ONE),    POB 41067,    Norfolk VA 23541
22392440       EDI: PRA.COM Jul 23 2015 00:48:00      Portfolio Recovery Associates, LLC,
                 successor to CAPITAL ONE BANK (USA) N.A.,     POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22392458*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,     successor to,
                  CAPITAL ONE BANK (USA) N.A.,    (CAPITAL ONE),    POB 41067,    Norfolk VA 23541)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2015 at the address(es) listed below:
```
              Charles L. Magerski    on behalf of Debtor Spooner Joseph Baumann Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Glenn B Stearns    mcguckin_m@lisle13.com
              Josephine J Miceli     on behalf of Creditor    Bank of America, N.A. Jo@johnsonblumberg.com
              Nathan C Volheim    on behalf of Debtor Spooner Joseph Baumann courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor    Bank of America, N.A. rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
```

```
District/off: 0752-1           User: pseamann            Page 2 of 2              Date Rcvd: Jul 22, 2015
                               Form ID: b18w             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Shara C Cornell    on behalf of Creditor    Bank of America, N.A. amps@manleydeas.com
           Steven C Lindberg    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bankruptcy@fallaw.com
                                                                                                TOTAL: 8